IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 6115187 CANADA, INC. d/b/a IMMERVISION, INC., <br><br>  Plaintiff, <br><br> v. <br><br> CBC CO., LTD., et al. <br><br>  Defendants. | ) <br> ) <br> ) C. A. No.: 13-1139-SLR-SRF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff 6115187 Canada, Inc. d/b/a ImmerVision, Inc. and Defendants CBC Co., Ltd. and CBC (America) Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this action is dismissed with prejudice with each party to bear its own fees and costs.

Dated: August 5, 2014                                                             Respectfully submitted,

FARNAN LLP                                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/ Michael J. Farnan                                                     /s/ Melanie K. Sharp
Joseph J. Farnan, III (No. 3945)                              Melanie K. Sharp (No. 2501)
Brian E. Farnan (No. 4089)                                    Samantha G. Wilson (No. 5816)
Michael J. Farnan (No. 5165)                                 Rodney Square
919 N. Market Street, 12th Floor                           1000 North King Street
Wilmington, DE  19801                                         Wilmington, DE  19801
(302) 777-0300                                                      (302) 571-6681
jjfarnan@farnanlaw.com                                       msharp@ycst.com


*Attorneys for ImmerVision, Inc.*                          *Attorneys for CBC Co., Ltd., and CBC (America) Corporation*